Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| This Document Relates to: | ) | |
| | ) | |
| *Donald Whitman, et al. v. Pfizer Inc*<br>(06-1350 CRB) | ) | **MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| | ) | |
| *Mildred Hance v. Pfizer Inc, et al.*<br>(06-1718 CRB) | ) | |
| | ) | |
| *William Lopez, et al. v. Astra Merck, Inc., et al.*<br>(06-2621 CRB) | ) | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |
| | ) | |
| *Rafaela Roman Velez, et al. v. Astra Merck,*<br>*Inc., et al.*<br>(06-2649 CRB) | ) | |
| | ) | |
| *Luis R. Carrion Velez, et al. v. Astra Merck,*<br>*Inc., et al.*<br>(06-2658 CRB) | ) | |
| | ) | |
| *Teresita Falcon Matos, et al. v. Astra Merck,*<br>*Inc., et al.*<br>(06-2660 CRB) | ) | |
| | ) | |
| *Ronny Maria Sanders, et al. v. Pfizer Inc*<br>(06-2681 CRB) | ) | |
| | ) | |
| *Lori Sargent et al. v. Pfizer Inc*<br>(06-3675 CRB) | ) | |
| | ) | |
| *James Hall, et al. v. Pfizer Inc*<br>(06-3676 CRB) | ) | |
| | ) | |
| *John Hayhurst v. Pfizer Inc, et al.* | ) | |

-1-

EAST\42581180.1

1   (06-3758 CRB)                                      )

2   *Bill Casillas, et al. v. Pfizer Inc, et al.*       )
    (06-3958 CRB)                                      )
3                                                      )
    *Patricia Knudsen v. Pfizer Inc, et al.*            )
4   (06-4043 CRB)                                      )
                                                       )
5   *Betty Moncrief, et al. v. Pfizer Inc, et al .*     )
    (06-4100 CRB)                                      )
6                                                      )
    *Annette Edelen, et al. v. Pfizer Inc, et al.*      )
7   (06-4147 CRB)                                      )
                                                       )
8   *Debbie Mitchell v. Pfizer Inc, et al.*             )
    (06-4296 CRB)                                      )
9                                                      )
    *Joseph Gastaldi, et al. v. Pfizer Inc, et al.*     )
10  (06-4362 CRB)                                      )

11  *Demetrio Rubio v. Pfizer Inc, et al.*              )
    (06-4449 CRB)                                      )
12                                                     )
    *Earlene McBride, et al. v. Pfizer Inc, et al.*     )
13  (06-4462 CRB)                                      )
                                                       )
14  *Louis Walkingstick, et al. v. Pfizer Inc, et al.*  )
    (6-4463 CRB)                                       )
15                                                     )
    *Virginia Thorne v. Pfizer Inc, et al.*             )
16  (06-4464 CRB)                                      )

17  *Rojelio Longoria, et al. v. Pfizer Inc, et al.*    )
    (06-4586 CRB)                                      )
18                                                     )
    *Annie White, et al. v. Pfizer Inc, et al.*         )
19  (06-4678 CRB)                                      )

20  *Martha Stevens, et al. v. Pfizer Inc, et al.*      )
    (06-4920 CRB)                                      )
21                                                     )
    *Janette Smith v. Pfizer Inc, et al.*               )
22  (06-4977 CRB)                                      )

23  *Roselie Atkins, et al. v. Pfizer Inc, et al.*      )
    (06-5272 CRB)                                      )
24                                                     )
    *Dawna Garza v. Pfizer Inc, et al.*                 )
25  (06-5416 CRB)                                      )

26  *Ralph Adams, et al. v. Pfizer Inc, et al.*         )
    (06-5591 CRB)                                      )
27                                                     )
    *Albert Leong v. Pfizer Inc, et al.*                )
28  (06-5666 CRB)                                      )

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

| | |
|---|---|
| Catherine Connolly, et al. v. Pfizer Inc, et al.<br>(06-5738 CRB) | ) |
| Randy Masker, et al. v. Pfizer Inc, et al.<br>(06-5739 CRB) | ) |
| Charlie Rhome, et al. v. Pfizer Inc, et al.<br>(06-5740 CRB) | ) |
| Paulette Balda, et al. v. Pfizer Inc, et al.<br>(06-5765 CRB) | ) |
| William Halpin, et al. v. Pfizer Inc, et al.<br>(06-5777 CRB) | ) |
| Patricia Howard, et al. v. Pfizer Inc, et al.<br>(06-5916 CRB) | ) |
| Alice Ryan, et al. v. Pfizer, Inc, et al.<br>(06-5917 CRB) | ) |
| William Coleman, et al. v. Pfizer Inc, et al.<br>(06-5918 CRB) | ) |
| Monica Mittag, et al. v. Pfizer Inc, et al.<br>(06-5919 CRB) | ) |
| Cynthia Smith, et al. v. Pfizer Inc, et al.<br>(06-5963 CRB) | ) |
| John Roof v. Pfizer Inc, et al.<br>(06-5964 CRB) | ) |
| Lynda Jack, et al. v. Pfizer Inc, et al.<br>(06-5965 CRB) | ) |
| Ernest Grant v. Pfizer Inc, et al.<br>(06-5970 CRB) | ) |
| Alice L. Pettit, et al. v. Pfizer Inc, et al.<br>(06-5973 CRB) | ) |
| Wade Smith, et al. v. Pfizer Inc, et al.<br>(06-5975 CRB) | ) |
| Richard Gilmore, et al. v. Pfizer Inc, et al.<br>(06-5977 CRB) | ) |
| Sergio Estrada v. Pfizer Inc, et al.<br>(06-5978 CRB) | ) |
| John Vallee, et al. v. Pfizer Inc, et al.<br>(06-5981 CRB) | ) |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

1 | *Betty Scott, et al. v. Pfizer Inc, et al.* )
 | (06-5983 CRB) )
2 | )
3 | *Norman Hamblen, et al. v. Pfizer Inc, et al.* )
 | (06-6058 CRB) )
4 | *Dennis Johns, et al. v. Pfizer Inc, et al.* )
 | (06-6059 CRB) )
5 | )
6 | *Marion Walker, et al. v. Pfizer Inc, et al.* )
 | (06-6060 CRB) )
7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.* )
 | (06-6061 CRB) )
8 | )
9 | *Mary Gonzales, et al. v. Pfizer Inc, et al.* )
 | (06-6062 CRB) )
10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.* )
 | (06-6064 CRB) )
11 | )
12 | *Carol Pellini, et al. v. Pfizer Inc, et al.* )
 | (06-6065 CRB) )
13 | *Antonio Pratts v. Pfizer Inc, et al.* )
 | (06-6066 CRB) )
14 | )
15 | *Mark Childs v. Pfizer Inc, et al.* )
 | (06-6067 CRB) )
16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.* )
 | (06-6068 CRB) )
17 | )
18 | *James E. Garver, et al. v. Pfizer Inc, et al.* )
 | (06-6070 CRB) )
19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.* )
 | (06-6071 CRB) )
20 | )
21 | *Beth Lehnan, et al. v. Pfizer Inc, et al.* )
 | (06-6073 CRB) )
22 | *Sharon Payne, et al. v. Pfizer Inc, et al.* )
 | (06-6075 CRB) )
23 | )
24 | *Nancy Harsh, et al. v. Pfizer Inc, et al.* )
 | (06-6083 CRB) )
25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.* )
 | (06-6084 CRB) )
26 | )
27 | *Lynda Jack, et al. v. Pfizer, Inc, et al.* )
 | (06-6087 CRB) )
28 | *Fred Hardee, et al. v. Pfizer Inc, et al.* )

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2581180.1

| | | |
|---|---|---|
| 1 | (06-6088 CRB) | ) |
| 2 | *Lynn Hodges, et al. v. Pfizer Inc, et al.*<br>(06-6089 CRB) | )<br>) |
| 3 | | ) |
| 4 | *Willie Vaughn v. Pfizer Inc, et al.*<br>(06-6092 CRB) | )<br>) |
| 5 | *Pauline Swihart, et al. v. Pfizer Inc, et al.*<br>(06-6093 CRB) | )<br>) |
| 6 | | ) |
| 7 | *Douglas Horton v. Pfizer Inc, et al.*<br>(06-6094 CRB) | )<br>) |
| 8 | *June N. Bell v. Pfizer Inc, et al.*<br>(06-6095 CRB) | )<br>) |
| 9 | | ) |
| 10 | *Jerry Rice, et al. v. Pfizer Inc, et al.*<br>(06-6096 CRB) | )<br>) |
| 11 | *Stephen Bryan, et al. v. Pfizer Inc, et al.*<br>(06-6097 CRB) | )<br>) |
| 12 | | ) |
| 13 | *Steven Woods, et al. v. Pfizer Inc, et al.*<br>(06-6098 CRB) | )<br>) |
| 14 | *Brad Lovitt, et al. v. Pfizer Inc, et al.*<br>(06-6116 CRB) | )<br>) |
| 15 | | ) |
| 16 | *April Froehlich, et al. v. Pfizer Inc, et al.*<br>(06-6117 CRB) | )<br>) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EASTW2581180.1

DATED: /0 - 29 , 2009       By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2 , 2009       By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-6-